UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

NIRAVKUMAR VITTHALBHAI PATEL,    :

                          :

                Plaintiff,    :

                          :          25-CV-8813 (VEC)

        -against-        :

                          :          <u>ORDER TO SHOW</u>

EXPERIAN INFORMATION SOLUTIONS, INC., :          <u>CAUSE</u>

and LEXISNEXIS RISK SOLUTIONS, INC.,    :

                          :

                          :

             Defendants.    :

--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 24, 2025, Plaintiff filed a Complaint ("Compl."), Dkt. 1, against Defendants in the Southern District of New York;

WHEREAS a civil action may be brought in "a judicial district in which any defendant resides," or where "a substantial part of the events or omissions giving rise to the claim occurred," 28 U.S.C. § 1391(b);

WHEREAS Plaintiff does not allege that any Defendant resides in the Southern District of New York, *see* Compl. ¶¶ 2, 4;

WHEREAS Plaintiff alleges that venue is proper in the Southern District of New York "because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District," *id.* ¶ 7, but does not allege that any of the events described in the Complaint occurred in this District;

WHEREAS the only allegations in the Complaint that relate to New York are: (1) that Defendants are "authorized to do business in the State of New York, including within this District," *id.* ¶¶ 2, 4; (2) that Figure, a non-party, is headquartered in New York, *id.* ¶ 20; and (3)

that Defendants furnished information about Plaintiff to American Express, a non-party, "in New York," *id.* ¶ 32; and

WHEREAS the Court cannot find, on the basis of the Complaint, that that "*significant* events or omissions *material* to the plaintiff's claim" occurred in this District, *Gulf Ins. Co.* v. *Glasbrenner*, 417 F.3d 353, 357 (2d Cir. 2005) (emphasis in original).

IT IS HEREBY ORDERED that by no later than **Wednesday, November 5, 2025**, Plaintiff must file an Amended Complaint that adequately alleges facts from which the Court may conclude that venue is proper in the Southern District of New York, or alternatively, show cause why the Court should transfer this case to a different judicial district in which it could have been brought, rather than dismiss it, *sua sponte*, for improper venue pursuant to 28 U.S.C. § 1406(a).

**SO ORDERED.**

Date:  **October 27, 2025**
       **New York, New York**

_____
    **VALERIE CAPRONI**
**United States District Judge**

2