# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# MANHATTAN DIVISION

| | |
|---|---|
| NIRAVKUMAR VITTHALBHAI PATEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-8813 (VEC)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE IS HEREBY GIVEN** that Emanuel Kataev, Esq. of the Consumer Attorneys PLLC enters his appearance as counsel for Plaintiff Niravkumar Vitthalbhai Patel in the above captioned case. All pleadings, papers, and correspondence in this matter should be served upon undersigned counsel. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Flushing, New York
　　　October 31, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CONSUMER ATTORNEYS PLLC**

　　　　　　　　　　　　　　　　　　　*/s/ Emanuel Kataev, Esq.*
　　　　　　　　　　　　　　　　　　　Emanuel Kataev, Esq.
　　　　　　　　　　　　　　　　　　　6829 Main Street
　　　　　　　　　　　　　　　　　　　Flushing NY 11367-1305
　　　　　　　　　　　　　　　　　　　(718) 412-2421 (office)
　　　　　　　　　　　　　　　　　　　(718) 489-4155 (facsimile)
　　　　　　　　　　　　　　　　　　　ekataev@consumerattorneys.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Niravkumar Vitthalbhai Patel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS PLLC**

By: */s/ Emanuel Kataev, Esq.*